SHERYL A. STRAIN
CHAPTER 7 TRUSTEE
1875 E. ALLUVIAL AVE., #101
FRESNO, CA 93720
PHONE: (559) 297-3267
FAX: (559) 297-3272

FILED
September 09, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002916302

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of:<br><br>JAMES R. RABAGO and<br><br>NATALIE L. RABAGO<br><br><br><br>Debtors | Case No.: 09-60064-A-7<br><br>DC No. SAS-003<br><br>**MOTION FOR AUTHORIZATION TO SELL PERSONAL PROPERTY**<br>11 U.S.C. §363<br><br>Date: October 6, 2010<br>Time: 9:00 a.m.<br>Dept: A<br>Judge: Honorable Whitney Rimel |

**TO THE HONORABLE WHITNEY RIMEL UNITED STATES BANKRUPTCY JUDGE:**

Sheryl A. Strain respectfully represents:

1. She is the duly appointed, qualified, and acting Trustee of the above-entitled estate.

2. The above-captioned case was filed under Chapter 7 on or about October 19, 2009, and Sheryl A. Strain was appointed Chapter 7 Trustee.

3. This Court has jurisdiction over this proceeding by virtue of 28 U.S.C. §1334(a). This a "core" proceeding pursuant to 28 U.S.C. §157(b)(2)(A). This motion is brought pursuant to 11 U.S.C. §363.

1

MOTION FOR AUTHORIZATION TO SELL PERSONAL PROPERTY

4. Among the assets of this estate is farm equipment ("equipment"), specifically an Orchard Scraper with an approximate fair market value of Five Hundred Dollars ($500.00).

5. The debtors' schedules did not list the equipment.

6. The Trustee has received an offer from Arlan Thomas, to purchase the Orchard Scraper for the total sum of $500.00 cash. The total sum of $500.00 has been received by the estate.

7. In deciding to accept the proposed offer, the Trustee took into consideration the fair market value of the equipment and the costs associated with taking possession of, storing, and selling the equipment at auction. The Trustee does not believe that the estate would net a higher amount by selling the equipment at auction.

8. The Trustee believes that sale of the above-described property on the terms set forth above is in the best interest of the creditors of this estate and all parties in interest.

**WHEREFORE,** the Trustee prays that after appropriate notice and opportunity to be heard, she be authorized to sell the above-described asset to Arlan Thomas for the total sum of $500.00.

Dated: September 8, 2010 _____/s/_____
Sheryl A. Strain
Chapter 7 Trustee