FILED

December 06, 2011

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0003941655

2
SHERYL A. STRAIN
CHAPTER 7 TRUSTEE
575 E. ALLUVIAL AVE., #101
FRESNO, CA 93720
PHONE: (559) 435-2100
FAX:    (559) 435-5656

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of: | ) Case No.: 09-60064-A-7 |
| | ) |
| JAMES RICHARD RABAGO and | ) DC No.: SAS-5 |
| | ) |
| NATALIE LOUISE RABAGO | ) **MOTION FOR AUTHORIZATION TO** |
| | ) **SELL PERSONAL PROPERTY** |
| | ) |
| | ) Date:   January 4, 2012 |
| | ) Time:   9:00 A.M. |
| Debtors. | ) Dept:   A |
| | ) Judge:  Honorable Whitney Rimel |

**TO THE HONORABLE WHITNEY RIMEL UNITED STATES BANKRUPTCY JUDGE:**

I, Sheryl A. Strain, as the duly appointed qualified, and acting Trustee of the above-entitled estate allege.

  1.     The above-captioned case was filed under Chapter 7 on October 19, 2009, and I was appointed Chapter 7 Trustee.

  2.     This Court has jurisdiction over this proceeding by virtue of U.S.C. §1334(a). This a "core" proceeding pursuant to 28 U.S.C. §157(b)(2)(A). This motion is brought pursuant to 11 U.S.C. §363.

MOTION FOR AUTHORIZATION TO SELL PERSONAL PROPERTY

3.      Among the assets of this estate is the debtors' 10% interest in Tenaya Properties, a California general partnership ("Interest"), that owns 3 medical office buildings in Merced, California.

4.      I have received an offer from the partners of Tenaya Properties, Jerry E. Callister, L. Thomas Fife, and Timothy Johnston, to purchase the non-exempt equity in the debtors' interest, for the total sum of Twenty Five Thousand and 00/100 Dollars ($25,000.00) cash. The total sum of $25,000.00 has been received by the estate, and deposited to an estate account.

5.      In deciding to accept the proposed offer, I took into consideration the fair market value of the medical office buildings and the debt thereon, debtors' interest, the risk involved in value decreases due to month to month tenants, and the general market, and the difficulties involved in selling a non-majority partnership interest.

6.      I believe that sale of the above-described property on the terms set forth above is in the best interest of the creditors of this estate and all parties in interest.

**WHEREFORE,** I pray that after appropriate notice and opportunity to be heard, I be authorized to sell the above-described asset to Jerry E. Callister, L. Thomas Fife, and Timothy Johnston, partners of Tenaya Properties, for the total sum of $25,000.00,

Dated:   __12/6/11__

          __/s/ Sheryl A. Strain__
          Sheryl A. Strain
          Chapter 7 Trustee

MOTION FOR AUTHORIZATION TO SELL PERSONAL PROPERTY